# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:  NATHAN J MANUEL<br>        SABRINA K MANUEL<br><br>        Debtor(s) | § § § § § § § | Case No.: 11-15041 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/08/2011.

2) This case was confirmed on 06/30/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/12/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/12/2011, 05/03/2012.

5) The case was dismissed on 08/23/2012.

6) Number of months from filing to the last payment:  16

7) Number of months case was pending:  20

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    28,800.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 1,815.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 1,815.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 580.11 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 52.74 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 632.85 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS TITLE LOANS | SECURED | 2,475.00 | 2,547.24 | 2,475.00 | 918.67 | 98.73 |
| ILLINOIS TITLE LOANS | SECURED | 401.00 | 707.51 | 401.00 | 148.77 | 15.98 |
| INTERNAL REVENUE SER | PRIORITY | 1,544.52 | 3,926.61 | 3,926.61 | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 573.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ME | UNSECURED | 2,401.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ME | UNSECURED | 1,571.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ME | UNSECURED | 428.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ME | UNSECURED | 331.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY | OTHER | .00 | NA | NA | .00 | .00 |
| AFNI INC | UNSECURED | 579.00 | 579.34 | 579.34 | .00 | .00 |
| AFNI INC | OTHER | .00 | NA | NA | .00 | .00 |
| AFNI INC | UNSECURED | 206.00 | 206.20 | 206.20 | .00 | .00 |
| AFNI INC | OTHER | .00 | NA | NA | .00 | .00 |
| ALLIED TUBE & CONDUI | UNSECURED | 993.10 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 572.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| AMERICAN ACCESS | UNSECURED | 1,854.34 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN ACCESS | OTHER | .00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 579.00 | NA | NA | .00 | .00 |
| AMSHER COLL | OTHER | .00 | NA | NA | .00 | .00 |
| SAUK VILLAGE POLICE | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ARMOR SYSTEMS CO | OTHER | .00 | NA | NA | .00 | .00 |
| ARNOLD HARRIS/MED BU | UNSECURED | 148.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ME | UNSECURED | 99.00 | NA | NA | .00 | .00 |
| ARNOLD HARRIS/MED BU | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS CO | UNSECURED | 791.00 | 791.78 | 791.78 | .00 | .00 |
| ASSET ACCEPTANCE COR | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T CREDIT MANAGEME | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| ATLANTIC MGMT | UNSECURED | 4,541.00 | NA | NA | .00 | .00 |
| BARON COLLECTION/ATL | OTHER | .00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SE | UNSECURED | 352.00 | NA | NA | .00 | .00 |
| CAVALRY PORTFOLIO SE | OTHER | .00 | NA | NA | .00 | .00 |
| EMERGENCY CARE HEALT | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 1,822.60 | 2,106.20 | 2,106.20 | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO BURE | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 649.00 | 821.01 | 821.01 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | .00 | 433.86 | 433.86 | .00 | .00 |
| WOW HARVEY | UNSECURED | 899.00 | NA | NA | .00 | .00 |
| WOW INTERNET & CABLE | OTHER | .00 | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | 215.00 | 73.00 | 73.00 | .00 | .00 |
| CUSTOM COLL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| SULLIVAN URGENT AID | UNSECURED | 481.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 194.00 | 149.33 | 149.33 | .00 | .00 |
| ENHANCED RECOVERY CO | OTHER | .00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 2.00 | 2.82 | 2.82 | .00 | .00 |
| KROGER CHECK RECOVER | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| HELVEY & ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| HSBC TAX | UNSECURED | 42.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ER | UNSECURED | 257.00 | NA | NA | .00 | .00 |
| MIRAMEDRG | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY ER | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| MIRAMEDRG | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HO | UNSECURED | 1,454.00 | NA | NA | .00 | .00 |
| MUTL H CLCTN | OTHER | .00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HO | UNSECURED | 991.00 | NA | NA | .00 | .00 |
| MUTL H CLCTN | OTHER | .00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | 135.00 | NA | NA | .00 | .00 |
| MUTL H CLCTN | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ST JAMES HOSPITAL | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| MUTL H CLCTN | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 172.00 | 372.76 | 372.76 | .00 | .00 |
| NCO FINANCIAL SYSTEM | OTHER | .00 | NA | NA | .00 | .00 |
| NICOR GAS CO | UNSECURED | 576.00 | 1,257.39 | 1,257.39 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 750.00 | 750.00 | .00 | .00 |
| PALISADES COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF PARK FORE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CALUMET CITY | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| PALISADES COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| KAHUNA PAYMENT SOLUT | UNSECURED | 1,340.00 | NA | NA | .00 | .00 |
| PALOMAR ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT BRANDS INC | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| PENN CREDIT CORPORAT | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 222.00 | 222.02 | 222.02 | .00 | .00 |
| RJM ACQ LLC | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 110.00 | 110.22 | 110.22 | .00 | .00 |
| RJM ACQ LLC | OTHER | .00 | NA | NA | .00 | .00 |
| CHILDRENS BOOK OF TH | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| KMART | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| TRIDENTASSET | OTHER | .00 | NA | NA | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 6,332.00 | 3,524.24 | 3,524.24 | .00 | .00 |
| 4M REAL ESTATE | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | NA | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 24.98 | 24.98 | .00 | .00 |
| ACCOUNT MANAGEMENT S | UNSECURED | NA | 6,242.84 | 6,242.84 | .00 | .00 |
| FIFTH THIRD BANK | OTHER | NA | NA | NA | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | NA | 37.00 | 37.00 | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | NA | 430.00 | 430.00 | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | NA | 37.00 | 37.00 | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | NA | 305.00 | 305.00 | .00 | .00 |
| LAKE IMAGING LLC | UNSECURED | NA | 147.00 | 147.00 | .00 | .00 |
| SPRINT | OTHER | NA | NA | NA | .00 | .00 |
| FRANCISCAN ALLIANCE | UNSECURED | NA | 19,195.11 | 19,195.11 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NA | 72.24 | 72.24 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NA | .00 | 306.51 | .00 | .00 |
| US CELLULAR | UNSECURED | NA | 450.90 | 450.90 | .00 | .00 |
| CUSTOM COLLECTION SE | UNSECURED | NA | 226.90 | 226.90 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,876.00 | 1,067.44 | 114.71 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,876.00 | 1,067.44 | 114.71 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,926.61 | .00 | .00 |
| **TOTAL PRIORITY:** | 3,926.61 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 38,875.65 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 632.85 |
| Disbursements to Creditors | $ | 1,182.15 |
| **TOTAL DISBURSEMENTS:** | $ | 1,815.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   11/29/2012                                        /s/ Tom  Vaughn
                                                          Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**